# CORRECTION.

## 36753. MAXCO, INC. v. VOLPE et al.

PER CURIAM.

A clerical error appears in the official published report of this case, *Maxco, Inc. v. Volpe,* 247 Ga. 212 (274 SE2d 561) (1981). The error appears in Division 1, p. 214, in the sentence reading "As such a legal entity, the limited partner is entirely separate and apart from its partners and in fact the property interest held by a limited partner is *tangible* personal property." (Emphasis supplied.) It is ordered that the sentence be corrected to read ". . . the property interest held by a limited partner is *intangible* personal property."

*All the Justices concur.*